No. 982, Misc.   ALLSTON *v.* PROSECUTING ATTORNEY ET AL.   C. A. 4th Cir. Certiorari denied.

No. 1133, Misc.   PABON *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1140, Misc.   TANNENBAUM *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1170, Misc.   SANCHEZ *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1173, Misc.   MOORE *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 1231, Misc.   KILGORE *v.* UNITED STATES; and
No. 1381, Misc.   MORRIS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States in both cases.   Reported below: 403 F. 2d 627.

No. 1252, Misc.   ALLSTON *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1237, Misc.   DURHAM *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.